Nov. Term,
1844.

The State *v.* Ross.—In error.

PAGE
v.
PRENTICE.

*Thursday,*
*December* 26.

AN indictment for gaming need not state the name of the game played. *The State* v. *Maxwell,* 5 Blackf. 230.